IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-090 |
| | ) | |
| JOHN SHANNON | ) | |

**O R D E R**

The matter is now before the Court on the government's motion to dismiss the above-captioned case without prejudice. (Doc. no. 18.) The Court finds a basis for the dismissal. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is **GRANTED**. Because the government has moved for dismissal, the Court **DENIES AS MOOT** the government's motion for reciprocal discovery. (Doc. no. 16.)

SO ORDERED this 15th day of April, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA